F I L E D
JUL 2 2008 aw
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DEREK ROSS
Plaintiff

v.

SGT. JOHN DOE #1141
Defendant(s)

08CV3774
JUDGE MANNING
MAG. JUDGE VALDEZ

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, DEREK ROSS, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. #2008002 6964    Name of prison or jail: COOK COUNTY DEPARTMENT OF CORRECTIONS
   Do you receive any payment from the institution? ☐Yes  ☒No  Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 4/17/08
      Monthly salary or wages: $800.00
      Name and address of last employer: AUTOMATED PROFESSIONAL MARKETING
      5944 N. MILWAUKEE AVE. CHICAGO, IL 60636

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
      Amount_____ Received by_____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
  Amount_____ Received by _____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
  Amount_____ Received by _____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                          ☐Yes ☒No
  Amount_____ Received by _____

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
  Amount_____ Received by _____

  f. ☐Any other sources (state source:_____) ☐Yes ☐No
  Amount_____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
  In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
  Address of property:_____
  Type of property:_____ Current value:_____
  In whose name held:_____ Relationship to you:_____
  Amount of monthly mortgage or loan payments:_____
  Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                          ☐Yes ☒No
  Property:_____
  Current value:_____
  In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6/26/08

_Derek Ross_
Signature of Applicant

_Derek Ross_
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Derek Ross, I.D.# 08-0026964, has the sum of $ 51.51 on account to his/her credit at (name of institution) CCDOC - Chicago. I further certify that the applicant has the following securities to his/her credit: Zero. I further certify that during the past six months the applicant's average monthly deposit was $ 42.66 (Add all deposits from all sources and then _divide_ by number of months).

6/18/08
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

L. Jackson
(Print name)

rev. 7/18/02

-3-



**TRANSACTION REPORT**
Print Date: 06/18/2008

Inmate Name: ROSS, DEREK
Inmate Number: 20080026964
Inmate DOB: 10/11/1958

Balance: $51.51

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 06/11/2008 | ORDER DEBIT | -30.21 | 51.51 |
| 06/05/2008 | ORDER DEBIT | -26.60 | 81.72 |
| 05/29/2008 | CREDIT | 50.00 | 108.32 |
| 05/29/2008 | ORDER DEBIT | -16.97 | 58.32 |
| 05/22/2008 | ORDER DEBIT | -25.19 | 75.29 |
| 05/15/2008 | CREDIT | 50.00 | 100.48 |
| 05/15/2008 | ORDER DEBIT | -14.97 | 50.48 |
| 05/08/2008 | ORDER DEBIT | -27.73 | 65.45 |
| 05/07/2008 | CREDIT | 50.00 | 93.18 |
| 04/30/2008 | ORDER DEBIT | -33.14 | 43.18 |
| 04/24/2008 | ORDER DEBIT | -29.68 | 76.32 |
| 04/21/2008 | CREDIT | 106.00 | 106.00 |

© 2004 ARAMARK Corporation. All Rights Reserved